# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **BRIONA HUBBARD,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | **Case No.:** |
| **V.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **BEST IN TOWN, INC. D/B/A/ THE FURNACE** ) ) | |
| ) | |
| **DEFENDANT(S).** ) | |
| ) | |
| ) | |

## COMPLAINT

**I.   JURISDICTION**

1. This suit is authorized and instituted under Title VII of the Act of Congress known as the "Civil Rights Act of 1964," as amended, the "Civil Rights Act of 1991;" 42 U.S.C. § 2000e, et seq. (Title VII).

2. This suit it authorized and instituted under 42 U.S.C. §1981 "Section 1981."

3. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) within 180 days of the last discriminatory act (Exhibit A). Plaintiff further sued within ninety (90) days after receipt of the right-to-sue letter issued by the EEOC (Exhibit B).

## II. PARTIES

4. Plaintiff, Briona Hubbard, (hereinafter "Plaintiff" or "Hubbard") is a resident of Birmingham, Jefferson County, Alabama, and performed work for the Defendant in the counties composing the Northern District of Alabama during the events of this case. Thus, under 28 U.S.C. § 1391(b), venue for this action lies in the Southern Division.

5. Defendant Best in Town, Inc. d/b/a The Furnace (hereinafter "Furnace" or "Defendant") is a company registered and doing business in the State of Alabama and has sufficient minimum contacts with the State of Alabama that it is subject to service of process in Alabama.

6. Defendant employed at least fifteen (15) people during the current or preceding calendar year.

## III. FACTS

7. Plaintiff incorporates by reference and realleges each of the preceding paragraphs as if set out herein.

8. Hubbard is a person African ancestry, colloquially referred to as Black.

9. Hubbard auditioned at the Furnace, an exotic dance club within Birmingham, AL on or about December 28, 2020.

10. When Hubbard arrived, Seduction, the "house mom" at the Furnace told her she could come back but the club had too many Black girls.

11. Seduction also asked Hubbard why she wanted to leave Sammy's and Hubbard replied, she did not want to leave Sammy's but needed extra income.

12. Hubbard went to the Furnace again in March 2021 seeking employment, but again, Seduction told Hubbard "The Furnace has too many Black girls."

13. The Furnace did not hire Hubbard.

14. Instead, the Furnace hired women of European ancestry to dance.

## VII. COUNT I: TITLE VII RACE DISCRIMINATION – FAILURE TO HIRE BY THE FURNACE

15. Plaintiff incorporates by reference and realleges each of the preceding paragraphs as if set out herein.

16. Plaintiff is a person of African ancestry, colloquially referred to as Black.

17. Plaintiff was qualified for the dancer position.

18. Plaintiff applied for the position in both December 2020 and March 2021.

19. Defendant did not hire Plaintiff because the Furnace had too many Black girls.

20. Instead, Defendant hired women of European ancestry, colloquially referred to as white, to dance.

21. Plaintiff's race was a motivating factor in Defendant's decision not to hire Plaintiff.

22. Because of Defendant's discriminatory decision made in whole or in part because of her race, Plaintiff has lost pay and continues to be paid less.

23. Defendant's actions in not hiring Plaintiff violated Title VII.

### VIII. COUNT II: 42 U.S.C. §1981 FAILURE TO HIRE BY THE FURNACE

24. Plaintiff incorporates by reference and realleges each of the preceding paragraphs as if set out herein.

25. Plaintiff is a person of African ancestry, colloquially referred to as Black.

26. Plaintiff was qualified for the dancer position.

27. Plaintiff applied for the position in both December March of 2021.

28. Defendant did not hire Plaintiff.

29. Instead, Defendant hired women of European ancestry, colloquially referred to as white, to dance.

30. Because of Defendant's discriminatory decision made in whole or in part because of her race, Plaintiff has lost pay and continues to be paid less.

31. Defendant's decision to not hire Plaintiff was made, in whole or part, because of her race.

32. Because of Defendant's violation of 42 U. S. C § 1981, Plaintiff has been damaged, suffering loss of pay, benefits, and mental anguish.

## IX. **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays for the following relief:

33. Grant Plaintiff a permanent injunction enjoining the Defendant, its agents, successors, employees, attorneys and those acting with the Defendant and at the Defendant's request from continuing to violate the terms of Title VII of the Civil Rights Act of 1964;

34. Enter an Order requiring the Defendant to make Plaintiff whole by awarding reinstatement to the position she would have had, but for her termination;

35. Award her back pay, with employment benefits, front pay, liquidated damages; special damages; nominal damages;

36. Attorneys' fees and costs;

37. Award Plaintiff equitable relief as provided by applicable law; and,

38. Any different or additional relief as may be determined by the Court to which Plaintiff is entitled.

Respectfully submitted on March 29, 2022.

_____
Kira Fonteneau

*Attorney for Plaintiff*

**OF COUNSEL:**
Barrett & Farahany
2 20th Street North, Suite 900
Birmingham, Alabama 35203
T: 205.564.9005
kira@justiceatwork.com


**PLEASE SERVE DEFENDANTS**

Best In Town, Inc. d/b/a/ The Furnace
Gregory L. Jackson
3927 Lorna Rd.
Birmingham, AL 35244

EXHIBIT "A"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2021-02377 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Briona Hubbard | (b) (7)(C) 1 line redacted | |

| Street Address | City, State and ZIP Code |
|---|---|
| (b) (7)(C) 1 line redacted | Birmingham, AL 35215 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| The Furnace | 20 | 205-251-5551 |

| Street Address | City, State and ZIP Code |
|---|---|
| 309 28th St. N | Birmingham, AL 35203 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | 0 | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12/28/2021  Latest: March 2021
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I am a person of African ancestry, colloquially referred to as Black.
2. On December 28, 2021, I auditioned at the Respondent for the House Mom, Seduction.
3. A young lady named Jupiter was with me and was allowed to audition.
4. Seduction told me that she wanted me to come back because she currently had too many Black girls.
5. In March, I went back to the club and spoke with Seduction.
6. Seduction again stated that she had too many Black girls at the club.
7. At the time, the Respondent had about 15 white girls and 4 Black girls.
8. The Respondent did not hire me.

I believe the Respondent Discriminated against me because of my race, in violation of Title VII and 42 U.S.C. § 1981.

RECEIVED
JUL 1 2 2021
E.E.O.C.
BIRMINGHAM DISTRICT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY—When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

Fonteneau Firm LLC – Lawyers for Working People

| 07/09/2021 | *Briona Hubbard* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|---|
| Date | Charging Party Signature | |



**RECEIVED**
**JUL 1 2 2021**
**E.E.O.C.**
**BIRMINGHAM DISTRICT**

*Fonteneau Firm LLC – Lawyers for Working People*

EEOC Form 161 (11/2020)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**   EXHIBIT "B"

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Briona Hubbard** <br>(b) (7)(C) 1 line redacted <br>**Birmingham, AL 35215** | From: | **Birmingham District Office** <br>**Ridge Park Place** <br>**1130 22nd Street South** <br>**Birmingham, AL 35205** |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-02377 | **WESLEY BERTA,** Investigator | (205) 651-7058 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**MICHAEL COCHRAN**  Digitally signed by MICHAEL COCHRAN
Date: 2021.12.29 07:26:21 -06'00'

Enclosures(s)         *for* **BRADLEY A. ANDERSON,**         *(Date Issued)*
                           **District Director**

cc:
| Jenny Sartain <br>Office Manager <br>THE FURNACE <br>309 28th Street North <br>Birmingham, AL 35203 | Kira Fonteneau, Esq. <br>5 POINTS LAW GROUP <br>2 20th St. N <br>Ste 900 <br>Birmingham, AL 35203 |
|---|---|

Enclosure with EEOC
Form 161 (11/2020)

**INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***