IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**BRIONA HUBBARD,**
    **Plaintiff,**

    **v.**                              **CV: 2:22-cv-399-AKK**

**BEST IN TOWN, INC.**
    **Defendant.**

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, the undersigned, Gregory S. Ritchey, of Ritchey Law Firm, PLLC and moves this Honorable Court for an Order permitting him to withdraw as counsel of record for Defendant, Best In Town, Inc. Best In Town, Inc. has employed new counsel to take over the representation of this matter, William H. McGowan, III, Esquire, who made an appearance on the 2nd day of March, 2023.

**WHEREFORE**, **PREMISES CONSIDERED**, the undersigned Gregory S. Ritchey respectfully requests that this Court enter an Order permitting him to withdraw as counsel for Best In Town, Inc. and for such other and different relief as is just.

                                        **RITCHEY & RITCHEY**

                                        */s/Gregory S. Ritchey*
                                        Gregory S. Ritchey, Esquire
                                        {ASB-8193-H68G}
                                        Attorney for Defendant, Best in Town, Inc.

**OF COUNSEL:**
**Ritchey Law Firm, PLLC**
Founders Trust Center
1740 Oxmoor Road, Suite 100
Birmingham, AL 35209
Telephone:   (205) 271-3105
Facsimile:    (205) 271-3111
Email:          gsritchey@ritcheylaw.com

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a copy of the foregoing has been served upon the following:

| | |
|---|---|
| Kira Fonteneau, Esquire | William H. McGowan, III, Esquire |
| Barrett & Farahany | 3415 Independence Drive, Ste 220 |
| 2 20th Street North, Suite 900 | Birmingham, AL 35209-8314 |
| Birmingham, Alabama 35203 | |
| kira@justiceatwork.com | |

by hand delivery, email, facsimile transmission and/or by placing a copy of same in the United States Mail, postage prepaid and delivered to the address above, and/or by the Clerk of Court using the electronic filing system, on this the 3rd day of March 2023.

                                      */s/Gregory S. Ritchey*
                                      Of Counsel