UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRIONA HUBBARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00399-ACA |
| ) | |
| **BEST IN TOWN, INC., d/b/a THE** ) | |
| **FURNACE,** ) | |
| ) | |
| **Defendant.** ) | |

# **ORDER**

On June 6, 2023, the court entered an order setting a telephone conference in this matter for 9:30 a.m. on June 12, 2023. (Doc. 27). According to the court's records, Plaintiff's counsel Kira Fonteneau and Defendant's counsel W. Henry McGowen, III received electronic notification of the order.

The undersigned's courtroom deputy began the June 12, 2023 call at 9:27 a.m. Neither Ms. Fonteneau nor Mr. McGowen dialed in for the call. Thereafter, the undersigned's courtroom deputy spoke with someone at Ms. Fonteneau's office who indicated she would try to reach Ms. Fonteneau. The undersigned's courtroom deputy left a voice message for Mr. McGowen at the telephone number that appears on the court's docket sheet. The court ended the call at 9:46 a.m. when neither Ms. Fonteneau nor Mr. McGowen appeared for the call. Neither Ms.

Fonteneau nor Mr. McGowen contacted the court after the courtroom deputy's attempts to reach them on the morning on of June 12, 2023 to explain why they had not appeared for the telephone conference.

At 1:15 p.m. on June 12, 2023, the court entered an order setting a hearing for 2:00 p.m. on June 14, 2023. (Doc. 28). The order instructed Ms. Fonteneau and Mr. McGowen to appear in person and explain their failure to appear for the June 12, 2023 telephone conference. (*Id.*). The court's records indicate that both Ms. Fonteneau and Mr. McGowen received electronic notification of the order setting the hearing.

Neither Ms. Fonteneau nor Mr. McGowen appeared for the June 14, 2023 hearing. While on the record,[1] the undersigned's courtroom deputy attempted to call Ms. Fonteneau and Mr. McGowen at the telephone numbers listed on the court's docket sheet. The courtroom deputy was unable to reach anyone at the number listed for Ms. Fonteneau. The courtroom deputy left a voice message for Mr. McGowen instructing him to call chambers upon receipt of the message. The court has not received any communication from Ms. Fonteneau or Mr. McGowen after the attempts to contact them during the June 14, 2023 hearing.

Because plaintiff's counsel has failed to appear for two court-ordered hearings without explanation or communication with the court, the court

---

[1] A court reporter was present for the June 14, 2023 hearing and a transcript is available upon request.

**DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute and failure to obey court orders. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this June 15, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE