FILED
2023 Jun-20 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

**BRIONA HUBBARD,**

        **Plaintiff,**

v.                              **Case No.: 2:22-cv-399-ACA**

**BEST IN TOWN INC.,**

        **Defendant.**

## MOTION TO ALTER AMEND OR VACATE

Comes now, Plaintiff Briona Hubbard, by and through the undersigned counsel Pursuant to Rule 59(e) of the Federal rules of Civil Procedure and moves this Court for an Order Altering, Amending or Vacating its June 15, 2023, Order dismissing this cause of action. In support of this Motion, Plaintiff's counsel avers the following:

1.    Plaintiff's counsel had every intention of pursuing this matter to trial and normally has systems in place to ensure that her dockets are managed.

2.    Those systems include a program called Court Drive that monitors the docket and sends copies of filings and sending notices of the CM/ECF filings from Pacer directly to two members of her staff who are assigned to monitor and check the dockets daily.

3.      Each day, the process requires that one paralegal docket the notices, and the next day the other paralegal verifies the notices and sends an email to the attorney to ensure that no deadline is missed.

4.      Plaintiff's counsel also generally receives a copy of the notices as well and reads them to ensure that the dockets are accurate.

5.      However, in the Northern District of Alabama, unlike ever other District in Alabama, the CM/ECF version that is used allows only one email address to be specified for notices.

6.      As a result, for this one District, Counsel does not receive her own copy of the filings like she does from other Districts and there is only one email inbox receiving the notices that then must be forwarded to Counsel and the remaining members of the team to be docketed and verified.

7.      Ordinarily, this works well but unfortunately, over the last two months, both of Plaintiff's counsel's regular paralegals have gone on maternity leave, leaving her with temporary support staff who are less familiar with the process and the importance of quickly and accurately docketing.

8.      This morning, Counsel noticed that she had not received any notices from the Northern District of Alabama lately and began a review of the dockets.

9.      Whereupon she found that there were notices from this Court that were missed by a temporary paralegal and not docketed over the last several weeks.

10.     Plaintiff's Counsel provides this explanation to explain how this oversight could happen and does not in any way seek to shift blame for the errors.

11.     Counsel understands that is her responsibility to maintain her dockets and to ensure that her staff performs as they should. Moreover, she takes full responsibility for these failures.

12.     Plaintiff's Counsel sincerely and profusely apologizes for this oversight and has already taken steps to make sure that this kind of error does not happen again, including initiating a personal review of all dockets and reassigning a more experienced paralegal to support her until both of her regular paralegals return at the end of the summer.

13.     Vacating this Order will ensure that the Plaintiff is not harmed by the clerical errors on her Counsel's part that caused her Counsel not to appear as required by the Court.

Wherefore, Plaintiff respectfully requests that this Court vacate its prior order dismissing this case and set this matter down for the hearing that Plaintiff failed to attend.

Respectfully submitted on June 20, 2023.

/s/Kira Fonteneau
Kira Fonteneau ASB 7338-k58f
Counsel for Briona Hubbard

OF COUNSEL:

Barrett & Farahany
2 North 20th St, Suite 900
Birmingham, AL 35203
T. 205.564.9005 F. 205.564.9006

## CERTIFICATE OF SERVICE

     I certify that on June 20, 2023, I filed the preceding via CM/ECF and sent a copy using United States Postal Mail which will serve copies to all counsel of record.

Mr. William McGowen
Law Office of William McGowen
3415 Independence Drive Suite 220
Birmingham, AL 35209
billy@giving4life.com
Attorney for Best In Town Inc. d/b/a The Furnace

                                                    */s/Kira Fonteneau*